

**Robert J. Fluskey, Jr.**
Partner
Direct Dial: 716.848.1688
Direct Facsimile: 716.819.4718
rfluskey@hodgsonruss.com

December 14, 2021

<u>Via ECF</u>

The Hon. Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Preska:

    Re:    *Hargraves v. M&T Bank, et al.* (Case No. 1:21-cv-08261-LAP)
          <u>Unopposed Request for Extension of Time</u>

    Hodgson Russ LLP represents M&T Bank in this case. I write, with the consent of the plaintiff's counsel, to request an adjournment of the Initial Pre-Trial Conference scheduled for December 16, 2021. This is the first request for an adjournment.

    I have a pre-scheduled argument set in another matter at 9:30 a.m. on December 16, 2021. Accordingly, I respectfully request that the Court re-schedule the Initial Pre-Trial Conference to another date. I have conferred with opposing counsel regarding availability. We are both available on December 17 at 9:00 or 9:30 a.m., December 21 at 9:00 or 9:30 a.m., December 22 at 3:00 or 4:00 p.m., and December 23 at 11:00 a.m. or noon.

    I thank the Court for its attention to this matter.

```
The Initial Pre-Trial Conference is
adjourned to December 21, 2021 at
9:00 a.m.
```

Respectfully,

Rob Fluskey

```
SO ORDERED.

Dated:   December 14, 2021
         New York, New York

RJF:jml
```

LORETTA A. PRESKA
Senior United States District Judge

The Guaranty Building, 140 Pearl Street, Suite 100  |  Buffalo, New York 14202-4040  |  716.856.4000  |  HodgsonRuss.com

Albany  ■  Buffalo  ■  New Jersey  ■  New York  ■  Palm Beach  ■  Rochester  ■  Saratoga Springs  ■  Toronto

16052990v1