UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID HARGRAVES,

           Plaintiff,

-against-

M&T BANK, et al.,

           Defendants.

No. 21-CV-8261 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    In light of the Mediator's informing the Court that agreement has been reached on all issues, the Clerk of the Court shall mark this action closed, subject to reopening within thirty days if the settlement is not effected, and all pending motions denied as moot.

**SO ORDERED.**

Dated:    January 26, 2022
            New York, New York

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1